UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-TP-20049-CR-UNGARO-BENAGES/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES KENDRICK,

    Defendant.
                                          /

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the government's Superceding Petition for Offender Under Supervision (DE# 6, 10/17/06).[1] This Matter was referred to the undersigned by the Honorable Ursula Ungaro-Benages, United States District Court Judge for the Southern District to take all necessary and proper action as required by law, including but not limited to an evidentiary hearing, with respect to whether or not the defendant's supervised release/probation should be revoked (DE # 15, 12/11/06). It is recommended that the defendant's supervised release be revoked.

## BACKGROUND

On January 12, 1999, after pleading guilty to distribution of cocaine base, the defendant was sentenced to 150 months of incarceration and a five year term of supervised release. (DE# 1 at 2-4, 5/17/06).

---

[1] The initial Petition for Warrant or Summons for Offender Under Supervision was filed on June 7, 2006. (DE# 2, 6/7/06).

The defendant is charged with five violations of his supervised release as follows:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **Violation of Standard Condition**, by failing to notify the probation office of a change in employment. On or about August 30, 2005, the defendant left employment with Super Shuttle located at 2595 NW 38th Street, Miami, Florida, and failed to notify the probation officer within 72 hours as required. |
| 2. | **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On September 7, 2005, the defendant failed to report into the probation office for an appointment with the probation officer to discuss his unemployment status and to obtain information on his new residence as instructed. |
| 3. | **Violation of Standard Condition**, by failing to submit a truthful and complete written monthly report within the first five (5) days of each month. The defendant has failed to submit a written monthly report since October 2005. |
| 4. | **Violation of Standard Condition**, by failing to notify the probation office of any change in residence. On or about January 11, 2006, the defendant moved from his last known residence of 517 NW 5th Avenue, Apt. 826, Florida City, Florida, and his whereabouts were unknown at the time the Petition for Warrant or Summons for Offender Under Supervision was filed. |
| 5. | **Violation of Standard Condition**, by leaving the judicial district without first obtaining the permission of the Court or probation officer. On or about September 27, 2006, the defendant traveled to Tifton County, Georgia, without the permission of the probation officer or the Court, as evidenced by his arrest by the U.S. Marshall Service executing a warrant issued on June 7, 2006, and Initial Appearance documents obtained from the Middle District of Georgia. |

On January 3, 2007, the defendant Larry Bruton while represented by counsel waived his right to an evidentiary hearing and admitted to the five aforementioned supervised release violations.

## **RECOMMENDATION**

The undersigned recommends revocation of the defendant's supervised release based on the defendant's admission to the violations numbered one through five.

The parties have ten (10) days from the receipt of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Ursula Ungaro-Benages, United States District Court Judge. Failure to file the objections in a timely manner shall bar the parties from attacking on appeal the factual findings contained herein. LoConte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958, 109 S.Ct. 397 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993)

RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this **3rd** day of January, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Ungaro-Benages
All counsel of record