UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20049-TP-UNGARO-BENAGES

UNITED STATES OF AMERICA,

vs.

CHARLES KENDRICK,

       Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on a Superceding Petition for Offender Under Supervision. DE 6.

The matter was referred to Magistrate Judge O'Sullivan, who on January 3, 2007 issued a Report recommending the revocation of Defendant's supervised release based on Defendant's admission to five violations of his supervised release conditions. DE 18. The parties have not objected to the Report.

The Court, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (DE 18) is RATIFIED, AFFIRMED AND ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 24 day of January 2007.

                      URSULA UNGARO
                      UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record